GOMBERT, Respondent, v. NEW YORK CENT. & H. R. R. CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 8, 1908.) Action by Julius Gombert against the New York Central

& Hudson River Railroad Company and another.

PER CURIAM. Judgment and order affirmed, with costs.

KRUSE, J., dissents.